IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| REBECCA N. PETERS-MONE, STACEY J. DALBEC, individually and as class representatives,<br><br>      Plaintiffs,<br><br>vs.<br><br>CLAYTON HOMES, INC., and VANDERBILT MORTGAGE AND FINANCE, INC.,<br><br>      Defendant. | Civil Action No. 4:06-cv-13260-TER<br><br><br><br><br><br><br><br>**VANDERBILT MORTGAGE AND FINANCE, INC.'S MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant Vanderbilt Mortgage and Finance, Inc. (hereinafter "VMF"), hereby moves the Court for an Order dismissing this action.

This motion is made on the ground that Plaintiffs have failed to state a claim upon which relief can be granted. This motion is supported by the supporting memorandum being filed herewith and the exhibits thereto, as well as such further memoranda and authorities as may be submitted prior to the Court's ruling on this motion.

*Signature Page Attached*

2

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/B. RUSH SMITH III
1320 Main Street / 17th Floor
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

OF COUNSEL:

Frank A. Hirsch, Jr.
Matthew P. McGuire
Nelson Mullins Riley & Scarborough LLP
GlenLake One, Suite 200
4140 Parklake Avenue
P. O. Box 30519
Raleigh, NC  27612
(919) 877-3800

Attorneys for Defendants

May 30,  2006
Columbia, South Carolina