UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| REBECCA PETERS-MONE )<br>AND STACEY J. DALBEC, )<br>INDIVIDUALLY AND AS )<br>CLASS REPRESENTATIVES, )<br>    ) | |
| Plaintiffs,    ) | C/A No: 4:06-cv-01326-TER |
|    ) | |
| vs.    ) | |
|    ) | PLAINTIFFS OPPOSITION TO |
| VANDERBILT MORTGAGE ) | DEFENDANT'S MOTION FOR |
| AND FINANCE, INC., AND ) | STAY PURSUANT TO |
| CLAYTON HOMES, INC., ) | LOCAL CIVIL RULE 16.00 |
|    ) | |
| Defendants.    ) | |
|    ) | |
| _____) | |

The Plaintiffs, Rebecca Peters-Mone and Stacey J. Dalbec, hereby submit this Objection to the Defendant, Vanderbilt Mortgage and Finance Inc.'s ("VMF") Motion for Stay pursuant to Local Rule 16.00

This is the Defendant's **second** request that discovery, entry of scheduling order(s) and all Federal and Local Civil Rule disclosure requirements and deadlines be stayed until after it's pending Rule 12(b)(6) Motion to Dismiss is "resolved". The Plaintiffs would show that the Defendant has not shown good cause why discovery activities should be enjoined. Further Plaintiffs who continue to be injured by Vanderbilt's wrongful conduct, will be prejudiced by further delays instigated by Vanderbilt which will impair their ability to obtain a remedy in a timely fashion.

Vanderbilt utilizes it's Memorandum regarding it's Motion for Stay to bolster its view that it's Motion to Dismiss has merit, a position the Plaintiffs reject. See Plaintiffs Memorandum in

Opposition to Motion to Dismiss.

   Plaintiffs respectfully request that this Court deny the Defendant, VMF's Motion for Stay filed October 27, 2006 for the reasons stated in their previously filed Objection along with the reasons herein.

                                        s/David H. Breen
                                        David H. Breen, #1459
                                        Attorney for the Plaintiffs
                                        1341 44th Avenue North, Suite 206
                                        Myrtle Beach, SC  29577
                                        843-445-9915
                                        davidhbreen@sc.rr.com

Dated: November 15, 2006
Myrtle Beach, South Carolina