IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
FLORENCE, SC
2007 JAN -3  A 11: 18

FLORENCE DIVISION

| | |
|---|---|
| REBECCA N. PETERS-MONE, STACEY J. DALBEC, individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAYTON HOMES, INC., and VANDERBILT MORTGAGE AND FINANCE, INC.,<br><br>Defendant. | Civil Action No. 4:06-cv-01326-TER<br><br><br><br><br><br><br><br>**CONSENT ORDER REGARDING PLAINTIFFS' THIRD AMENDED COMPLAINT AND HEARING ON MOTION TO DISMISS** |

The parties, through counsel, have stipulated to the following procedures governing Plaintiffs' amendment of the complaint and the Defendants' response thereto:

1. Plaintiffs may amend the complaint as set forth in their amended complaint filed November 10, 2006. Plaintiffs and Defendants agree that it shall not be necessary for Plaintiffs to re-file the complaint as amended. Without waiving Clayton Homes Inc.'s ("CHI") objections to personal jurisdiction, the Defendants accept service of the complaint, as amended.

2. CHI's previously filed motion to dismiss for lack of personal jurisdiction shall serve as the response to the amended complaint. CHI's motion to dismiss for lack of personal jurisdiction shall be argued as scheduled on November 17, 2006. CHI's consent to the amendment of the complaint does not waive any of its objections to jurisdiction.

1

3. Defendant Vanderbilt Mortgage and Finance, Inc. ("VMF") shall file a supplemental memorandum in support of its motion to dismiss by Thursday, November 16, 2006, not to exceed 6 pages. VMF's motion to dismiss, as supplemented, shall be argued as scheduled on Friday, November 17, 2006.

NOW THEREFORE, pursuant to the agreement of the parties, the court hereby adopts the above outlined procedures as an order of the court.

AND IT IS SO ORDERED.

Terry L. Wooten
District Court Judge

Florence, South Carolina
January 3, 2007