# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

---

Rebecca N Peters-Mone
*Individually and as Class
Representative*, and Stacey J
Dalbec,*Individually and as Class
Representative*

                    Plaintiffs

      vs.

Vanderbilt Mortgage and
Finance Inc, and Clayton Homes
Inc.,

                 Defendants

**JUDGMENT
IN A CIVIL CASE**

Civil Action No. 4:06cv1326-TLW-TER

**Decision by the Court.**   This action came to hearing before the court.  The issues have been heard and the Court having granted the defendant Clayton's motion on the grounds of lack of personal jurisdiction pursuant to 12(b)(2) of the Federal Rules of Civil Procedure and granted defendant Vanderbilt's motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

IT IS ORDERED AND ADJUDGED that  this action is dismissed.

January 10, 2007

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

/s/ Sharon Welch-Meyer

---

Deputy Clerk